No. 344. ATLANTIC COAST LINE RAILROAD CO. *v.* FLORIDA ET AL.; and
No. 345. FLORIDA ET AL. *v.* UNITED STATES ET AL.

*Ante,* p. 301.   June 3, 1935.   Motion for construction of opinion; motion for leave to file supplemental bill; and petition for a rehearing in these cases are severally denied.